Subject placed in USMS W/NC custody at the Mecklenburg County Jail on 01/15/2010.


**FILED**
**CHARLOTTE, NC**
NOV 29 2011
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

PATRICK C. SMITH, USM

*Demetria Brittingham*
BY: Demetria Brittingham, CPS


Subject released from USMS W/NC custody at the Mecklenburg County Jail on 11/28/2011 and TOT USMS M/GA custody FFT to Butts Co. Detention Center. This WHCAP has been satisfied.

KELLY M. NESBIT, USM

*Demetria Brittingham*
BY: Demetria Brittingham, CPS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ANTON SOWELL )<br>_____ ) | DOCKET NO. 3:09CR224<br><br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM |

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO: The Director, Bureau of Prisons, Washington, D.C.

TO: U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina

TO: Chief Jailer, Butts County Sheriff's Office Detention Center, 835 Ernest Biles Drive, Jackson, GA

GREETING:

IT IS ORDERED that you have the body of ANTON SOWELL, **(Identifying Information: Inmate # 381683, B/M)**, now detained in the Butts County Sheriff's Office Detention Center, under safe and secure conduct before the United States Magistrate Judge _David S. Cayer_ of the United States District Court in and for the Western District of North Carolina, at the courtroom in the City of Charlotte, North Carolina, FORTHWITH (on or before _1/28/10_ at _9:30 am_ .m.) there to make his Initial Appearance before the Court on charges contained in a certain Indictment now pending in said court against ANTON SOWELL, and thereafter be tried and sentenced.

It is further ORDERED that immediately after the said case shall have been disposed of ANTON SOWELL, be returned to the said Butts County Sheriff's Office Detention Center under safe and secure conduct, and have you then and there this Writ.

**SO ORDERED.**

Signed: January 6, 2010

_/s/ David S. Cayer_
David S. Cayer
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Defendants