IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CR-00224-RJC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| ANTON SOWELL | ) |
| | ) |

**THIS MATTER** is before the Court upon the defendant's pro se motion for a concurrent sentence. (Doc. No. 99). According to the motion, after this Court sentenced the defendant for armed bank robbery (Count Two) and using a firearm during that crime of violence (Count Four) on September 13, 2011, (Doc. No. 86: Judgment), he was returned to state custody where he was sentenced in separate cases for armed robbery, aggravated assault, and burglary, (Doc. No. 99 at 1-2).

A federal court has discretion to announce whether its sentence will be served concurrently with or consecutively to an anticipated state sentence, <u>Setser v. United States</u>, 132 S. Ct. 1463, 1468 (2012). Although the defendant's federal presentence report included some of the pending state charges, (Doc. No. 75 at 8-9), the Judgment is silent about that issue, and the defendant has not shown any authority to alter it now. Multiple terms of imprisonment imposed at different times run consecutively unless a judgment states otherwise, 18 U.S.C. § 3584(a), and the sentence for Count Four may not be served concurrently with any other term of imprisonment, 18 U.S.C. § 924(c)(1)(D)(ii).

**IT IS, THEREFORE, ORDERED** that the defendant's request for a concurrent sentence, (Doc. No. 99), is **DENIED**.

Signed: August 20, 2018

Robert J. Conrad, Jr.
United States District Judge